IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOISÉS R. MORY LAMAS, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 08-0295-KD-M |
| MICHAEL B. MUKASEY, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF, | : |
| Respondents. | : |

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED and that this action be DISMISSED.

DONE this 2nd day of December, 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**